Albert N. Eastman, appellee, v. A. Miller Belfield, appellant. Gen. No. 24,529.

Action upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Franklin S. Catlin and Louis Rieger, for appellant. Eastman, White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

G. H. Coney for use of Colonial Trust & Savings Bank, appellee, v. C. C. Mitchell & Company, appellant. Gen. No. 24,635.

Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1918. Reversed and judgment here. Opinion filed March 10, 1919.

Henry R. Baldwin, for appellant. George A. Trude and Underwood & Smyser, for appellee; Benjamin B. Kahane and Charles R. Young, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Sugar Brothers Company, Ltd., of Monroe, Louisiana, appellee, v. The Mahaffey Company, appellant. Gen. No. 24,668.

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1918. Reversed and judgment here. Opinion filed March 10, 1919. Rehearing denied and opinion modified March 24, 1919.

Thornton & Chancellor, for appellant. Chester Arthur Legg, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Merichia Turner, appellee, v. W. B. Llyes, trading as W. B. Llyes & Son, and Thomas Quigley, trading as Acme Furniture & Storage Company, appellants. Gen. No. 24,745.

Action for conversion of stored household goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919. McSurely, J., dissenting.

S. A. T. Watkins, for appellants. William A. Macintyre, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.